UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



| | | |
|---|---|---|
| PEARL E. JONES | : | |
| | : | |
| Plaintiff, | : | Civil 08-1433   (DRD) |
| | : | |
| v. | : | Order for Dismissal |
| | : | Pursuant to F.R. Civ. P.4(m) |
| CENTRAL CREDIT SERVICES, et al | : | |
| | : | |
| Defendant, | : | |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this 17th day of NOVEMBER, 2008

O R D E R E D that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

Dickinson R. Debevoise
United States District Court Judge